# IN THE DISTRICT COURT OF THE UNITED STATES
# for the Western District of New York

---

MAY 2007 GRAND JURY
(Impaneled 5/04/07)

**THE UNITED STATES OF AMERICA**     **INDICTMENT**

v.

**VEDRAN ZAVISIC**

**Violations:**

Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963.

**COUNT 1**

**The Grand Jury Charges that:**

On or about the 9th day of October, 2006, at Lewiston, New York, in the Western District of New York, the defendant, **VEDRAN ZAVISIC,** did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, that is, Canada, 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled

substance; all in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H).

## COUNT II

**The Grand Jury Further Charges:**

On or about the 9th day of October, 2006, at Lewiston, New York, in the Western District of New York, the defendant, **VEDRAN ZAVISIC,** did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT III

**The Grand Jury Further Charges:**

On or about the 9th day of October, 2006, at Lewiston, New York, in the Western District of New York, and elsewhere, the defendant, **VEDRAN ZAVISIC,** did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown, to commit an offense against the United States, that is, to possess with intent to distribute 500 grams or more of a mixture and

substance containing methamphetamine, a Schedule II controlled substance, and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

**The Grand Jury Further Charges:**

On or about the 9th day of October, 2006, at Lewiston, New York, in the Western District of New York, and elsewhere, the defendant, **VEDRAN ZAVISIC,** did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown, to commit an offense against the United States, that is, to import into the United States from a place outside the United States, that is, Canada, 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections

952(a), 960(a)(1) and 960(b)(1)(H); all in violation of Title 21, United States Code, Section 963.

      DATED:  Buffalo, New York, August 14, 2007.

                        TERRANCE P. FLYNN
                        United States Attorney

                    BY:  **S/GEORGE C. BURGASSER**
                        GEORGE C. BURGASSER
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York  14202
                        716/843-5811
                        George.C.Burgasser@usdoj.gov

A TRUE BILL:

**S/FOREPERSON**
FOREPERSON