UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

v.                                            07-CR-00193-A

VEDRAN ZAVISIC,

        Defendant.

───────────────────────────────

### SPEEDY TRIAL ORDER
(September 24, 2012 to September 28, 2012)

On September 24, 2012, the parties appeared before the Court for an arraignment. Assistant United States Attorney George C. Burgasser on behalf of the government, and Timothy Hoover, Assistant Federal Public Defender, appeared on behalf of the defendant.

The government moved for detention. A hearing date was scheduled for September 28, 2012. The Court excluded the time in this action from and including September 24, 2012 to and including September 28, 2012, pursuant to Title 18, United States Code, Section 3161(h)(1)(D), based on the government's motion.

**ORDERED**, that the time in this action from and including September 24, 2012, to and including September 28, 2012, is properly excluded from the time within which the defendant should

be brought to trial, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

The Court further finds that as of September 28, 2012, that zero (0) days of Speedy Trial Act time will have elapsed in this action and seventy (70) days remain in the period within which the defendant must be indicted.

DATED: Buffalo, New York, September 25, 2012.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge