# United States District Court

### WESTERN DISTRICT OF NEW YORK █████████

UNITED STATES OF AMERICA

v.

VEDRAN ZAVISIC

**WARRANT FOR ARREST**

CASE NUMBER: 07-CR-

07 CR 193 A



To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Vedran Zavisic
                                                                          Name

and bring him forthwith to the nearest magistrate judge to answer an

( X )Indictment   ( )Information   ( )Complaint   ( )Order of Court   ( )Violation Notice   ( )Probation Violation Petition

charging him with    (brief description of offense)

knowing, intentional and unlawful: (1) importation; (2) possession with intent to distribute; (3) combine conspire and agree with others, known and unknown, to possess with intent to distribute; and (4) combine, conspire and agree with others, known and unknown, to import 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, all in violation of

Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963.

| RODNEY C. EARLY | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| **RODNEY C. EARLY** | August  14th , 2007, Buffalo, NY |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____
                                                    Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Budapest, Hungary_ |||
| DATE RECEIVED<br>8-14-2007<br>DATE OF ARREST<br>9-21-2012 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Scott J. Baryza  CIDUSM | SIGNATURE OF ARRESTING OFFICER<br><br>_[signature]_ |