UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

07-CR-00193-A

VEDRAN ZAVISIC,

        Defendant.

---

### SPEEDY TRIAL ORDER
(September 28, 2012 to December 14, 2012)

On September 28, 2012, the parties appeared before the Court for a detention hearing. Assistant United States Attorney George C. Burgasser on behalf of the government, and Timothy Hoover, Esq., appeared on behalf of the defendant.

The Court excluded the time in this action from and including September 28, 2012 to and including December 14, 2012, as being in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Specifically, and for the reasons set forth above and in Court, the Court determined that the public's interest in conserving resources, allowing the defendant effective assistance of counsel, for defense counsel to review the discovery and, by

possible needless pretrial litigation, the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that *may* be obtained through a plea of guilty by the defendant through plea discussions, outweighs the public's interest in a speedy trial.  Furthermore, the defendant's interests in discussing and obtaining the benefit of a lesser sentence which would likely accompany a pretrial disposition of this matter outweighs the interests of the defendant in a speedy trial.

**ORDERED**, that the time in this action from and including September 28, 2012, to and including December 14, 2012, is excluded from the time within which the defendant should be brought to trial, in accordance with the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

The Court further finds that as of September 28, 2012, that zero (0) days of Speedy Trial Act time will have elapsed in this action and seventy (70) days remain in the period within which the defendant must be brought to trial.

DATED: Buffalo, New York, October 2, 2012.

_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge