UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-CR-193-A |
| v. | **DEFENDANT'S** |
| | **NOTICE OF ATTORNEY** |
| VEDRAN ZAVISIC, | **APPEARANCE** |
| Defendant. | |

_____

The undersigned gives notice that Phillips Lytle LLP is counsel for Defendant Vedran Zavisic in this matter, and requests that copies of all pleadings, notices and documents be served on the undersigned at the address below.

DATED:   Buffalo, New York
         December 13, 2012

                                        Respectfully submitted,

                                        PHILLIPS LYTLE LLP

                                            /s/Timothy W. Hoover
                                      _____
                                        Timothy W. Hoover
                                        3400 HSBC Center
                                        Buffalo, NY 14203-2887
                                        Phone (716) 504-5754
                                        Facsimile (716) 852-6100
                                        thoover@phillipslytle.com
                                        Counsel for Defendant Vedran Zavisic

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07-CR-193-A |
| v. | **CERTIFICATE OF SERVICE** |
| VEDRAN ZAVISIC, | |
| Defendant. | |

_____

The undersigned certifies that a copy of the foregoing was served on the following, by the means indicated, on December 13, 2012:

    George C. Burgasser (via CM-ECF)
    Assistant United States Attorney
    United States Attorney's Office
    Western District of New York
    138 Delaware Ave., Federal Centre
    Buffalo, NY 14202
    Phone (716) 843-5700
    Facsimile (716) 551-3052
    george.c.burgasser@usdoj.gov
    Counsel for United States of America.

                                          PHILLIPS LYTLE LLP

                                              /s/Timothy W. Hoover
                                          _____
                                          Timothy W. Hoover
                                          3400 HSBC Center
                                          Buffalo, NY 14203-2887
                                          Phone (716) 504-5754
                                          Facsimile (716) 852-6100
                                          thoover@phillipslytle.com
                                          Counsel for Defendant Vedran Zavisic