UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                        **07-CR-193-A**

       v.                                      **<u>NOTICE OF UNOPPOSED MOTION</u>**

VEDRAN ZAVISIC,

         Defendant.


_____

| | |
|---|---|
| **UNOPPOSED MOTION BY:** | Phillips Lytle LLP, by Timothy W. Hoover, counsel for Defendant Vedran Zavisic. |
| **DATE/TIME/HEARING:** | Before The Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, United States District Court, Western District of New York, United States Courthouse, 2 Niagara Square, Buffalo, NY 14202, on the papers. |
| **SUPPORTING PAPERS:** | Attached unopposed motion of Timothy W. Hoover, dated February 8, 2013. |
| **RELIEF REQUESTED:** | Entry of an amended scheduling order. |
| **WAS CONSENT OF OPPOSING COUNSEL SOUGHT?:** | Yes. |
| **WAS CONSENT OF OPPOSING COUNSEL OBTAINED?:** | Yes. |
| **PROPOSED ORDER PROVIDED?:** | Yes – via electronic mail to schroeder@nywd.uscourts.gov. |

(Notice of motion continued on page ii . . .)

(. . . Notice of motion continued from page i.)

**DATED:**                              Buffalo, New York, February 8, 2013.

                                        PHILLIPS LYTLE LLP

                                             /s/Timothy W. Hoover
                                        _____
                                        Timothy W. Hoover
                                        3400 HSBC Center
                                        Buffalo, NY 14203-2887
                                        Phone (716) 504-5754
                                        Facsimile (716) 852-6100
                                        thoover@phillipslytle.com
                                        Counsel for Defendant Vedran Zavisic

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                           **07-CR-193-A**

     v.                                                  **DEFENDANT'S UNOPPOSED**
                                                    **MOTION FOR ENTRY OF AN**
VEDRAN ZAVISIC,                                     <u>**AMENDED SCHEDULING ORDER**</u>

       Defendant.

_____

Defendant Vedran Zavisic moves the Court to enter an amended scheduling order, with an adjustment of each current due date for approximately six weeks, for the reasons set forth below.

At the conclusion of the detention hearing on September 28, 2012 (Minute Entry for Sep. 28, 2012 (Docket #N/A (Sep. 28, 2012)), the Court set a case schedule for the filing of motions, which it memorialized in a scheduling order (Docket #5 (Sep. 28, 2012)).  Subsequently, the Court granted, by Orders at Docket #10, 11, a subsequent unopposed motion (Docket #8) to amend the scheduling order.  Motions are presently due on February 8, 2013.

Since the amendment of the scheduling order, the parties have undertaken a variety of efforts to allow them to proceed to motions and to litigate the matter, if necessary, while assessing whether a resolution can be reached.  Specifically, counsel have met again to discuss the matter and the litigation and/or resolution of the case, and exchanged information.  Various discovery requests remain pending as the government continues to evaluate the matter.  The Defendant has continued his research and preparation of pretrial motions.  And, the parties continue to explore a resolution.  As such, a further amendment of the schedule is justified and

supported by good cause.  We jointly submit that an extension of the operative dates for a period

of approximately six weeks is appropriate, at set forth in the proposed order that accompanies the

motion.

Counsel for the government joins the motion and does not oppose the motion or the entry

of an amended scheduling order.

This is the second such motion.  No additional extension motions are contemplated at this

time.

While Defendant has asserted, and continues to assert, his rights to a speedy trial, given

the above, all parties consent to the exclusion of time for Speedy Trial Act purposes, from

February 8, 2013 to the revised due date for the filing of motions, as is reflected in the proposed

order that is being provided to the Court.

For all these reasons, we request that the Court grant the motion and enter an order

accordingly.

DATED:       Buffalo, New York
             February 8, 2013

                         Respectfully submitted,

                         PHILLIPS LYTLE LLP

                             /s/Timothy W. Hoover
                         _____
                         Timothy W. Hoover
                         3400 HSBC Center
                         Buffalo, NY 14203-2887
                         Phone (716) 504-5754
                         Facsimile (716) 852-6100
                         thoover@phillipslytle.com
                         Counsel for Defendant Vedran Zavisic

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                           **07-CR-193-A**

      v.                                      **CERTIFICATE OF SERVICE**

VEDRAN ZAVISIC,

        Defendant.

_____

      The undersigned certifies that a copy of the foregoing was served on the following, by the

means indicated, on February 8, 2013:

      George C. Burgasser (via CM-ECF)
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Ave., Federal Centre
      Buffalo, NY 14202
      Phone (716) 843-5700
      Facsimile (716) 551-3052
      george.c.burgasser@usdoj.gov
      Counsel for United States of America.

           PHILLIPS LYTLE LLP

             /s/Timothy W. Hoover
           _____
            Timothy W. Hoover
            3400 HSBC Center
            Buffalo, NY 14203-2887
            Phone (716) 504-5754
            Facsimile (716) 852-6100
            thoover@phillipslytle.com
            Counsel for Defendant Vedran Zavisic