UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VEDRAN ZAVISIC,

        Defendant.

THIRD AMENDED SCHEDULING ORDER

Criminal No. 07-CR-193A

---

On March 22, 2013, the above-named defendant made an unopposed motion for the entry of an amended scheduling order (Docket #16), to extend the time for the government to respond to Defendant's pre-trial motions, which were timely filed on March 22, 2013 (Docket #15). For good cause shown and given that the motion is unopposed, the following amended motion schedule, which supersedes the Amended Scheduling Order filed on February 8, 2013 (Docket #14) is set:

(1) All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed by **May 7, 2013.**

(2) All replies in support of pretrial motions, and in reply to any responses, shall be filed by **May 14, 2013.**

(3) Oral argument on any pretrial motions shall be heard on May __23__, 2013, at __10:00 a.m__.

In accordance with the United States Supreme Court's decisions in *Zedner v. United States*, 547 U.S. 489 (2006) and *Bloate v. United States*, 559 U.S.___, No. 08-728 (Mar. 8, 2010), the period of time from March 22, 2013 to the date of oral argument delineated above is excluded pursuant to and in accordance with the provisions contained in 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) for the reasons previously stated on the record herein with regard to the establishment of a motions schedule.

Any requests for extension of the above dates must be made by the filing of a motion, electronically, with the Clerk of the Court, prior to the due date. Such application shall be made only after conferring with all other parties and shall include a suggested rescheduled date, agreeable to all parties. As a general rule, no request for an extension will be granted unless extraordinary circumstances are present.

Failure by any party to raise defenses or objections, or to make requests which must be made prior to trial at the time set forth in this scheduling order or prior to any extension made by the court shall constitute a waiver thereof. Fed.R.Crim.P. 12(f).

Counsel for the parties are directed to provide the Court with a courtesy copy of Motions, Responses, Replies, Memoranda of Law, and Exhibits clearly marked.

SO ORDERED.

H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED:   March ___, 2013
         Buffalo, New York